■ In the Matter of Victoria Miller, Respondent, v Ronald Miller, Appellant. — Appeal from an order of the Family Court of Montgomery County, entered August 1, 1979, which dismissed respondent's application for modification of a support order. Since it appears that the parties have subsequently agreed to a discontinuance of support payments to petitioner, this appeal by respondent has become moot and should be dismissed. Appeal dismissed, as moot, with costs. Mahoney, P. J., Greenblott, Sweeney, Kane and Herlihy, JJ., concur.